

# Missouri Court of Appeals
## Southern District

**NOVEMBER 26, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1.      SD33099      State of Missouri, Respondent vs. Thomas D. Freeman, Appellant